COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:       01-15-00863-CV

Style:           Elizabeth Thomas v. Meritage Homes of Texas LLC. f/k/a Meritage Homes of Texas L.P., f/k/a Legacy Monterey Homes L.P. MTH Lending Group L.P., f/k/a Meritage Lending Service Primary Residential Mortgage Inc., d/b/a f/k/a Flagstone Lending Group Stewart Title Company, MTH Ti

Date motion filed:    November 12, 2015

Type of Motion:     Objection to Mediation

Party filing motion:   Appellee

It is **ordered** that Appellee's objection to mediation is granted. We withdraw our Mediation Order dated November 5, 2015.

Judge's Signature:  /s/ Sherry Radack
                      x Acting Individually

Date:  November 18, 2015

---

\*      Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief. *See* TEX. R. APP. P. 10.3(a).

**Note**:   Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing. TEX. R. APP. P. 10.4(a).